# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SUPERIOR IRON WORKS, INC** | * | |
| | * | |
| **and** | * | |
| | * | |
| **UNITED STATES f/u/b** | * | |
| **SUPERIOR IRON WORKS, INC** | * | |
| | * | |
| Plaintiffs, | * | No. 1:06-cv-1094 (EHS) |
| | * | |
| v. | * | |
| | * | |
| **AMEC CONSTRUCTION** | * | |
| **MANAGEMENT, INC.** | * | |
| | * | |
| **and** | * | |
| | * | |
| **FACCHINA-MCGAUGHAN, LLC** | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff and Use-Plaintiff Superior Iron Works, Inc., by and through undersigned counsel, and respectfully notifies the Court that this matter is dismissed in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) as to both Defendants, Amec Construction Management, Inc. and Facchina-McGaughan, LLC.

Respectfully submitted,

SUPERIOR IRON WORKS, INC. by its attorneys

 /s/ Susan Van Bell
Herman M. Braude, Esq. (D.C. Bar No. 051326)
Michael A. Lewis, Esq. (D.C. Bar No. 479906)
Susan Van Bell, Esq. (D.C. Bar No. 439972)
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.

Washington, DC 20007
202-471-5400
202-471-5404 (fax)

2